IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

REY FRANCISCO ROSARIO,          :

   Petitioner,                  :

vs.                              :          CA 15-0050-CB-C

HOUSTON COUNTY, ALABAMA,         :

   Respondent.

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 5, 2015 is **ADOPTED** as the opinion of this Court.

**DONE** this 5th day of March, 2015.

                              *s/Charles R. Butler, Jr.*
                              **SENIOR UNITED STATES DISTRICT JUDGE**